417 A.2d 757

Commonwealth v. Emig, Appellant.

Submitted March 12, 1979. John H. Chronister, Assistant Public Defender, for appellant; Michael E. Bortner, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 757

Commonwealth v. Gergel, Appellant.

Argued March 12, 1979. John E. Mancke, for appellant; Marion E. MacIntyre, 2nd Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order and judgment of sentence affirmed.

HOFFMAN, J., dissented.